IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JEREMIAH COOLER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                                    CASE NO. 1D15-4575

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed February 19, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Jeremiah Cooler, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. Petitioner shall be allowed a belated

appeal from the July 21, 2015, judgment and sentence in Santa Rosa County Circuit

Court case number 14000936CFMXAX. Upon issuance of mandate in this cause, a

copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D). If petitioner qualifies for appointed counsel, the trial court shall appoint counsel to represent petitioner on appeal.

WOLF, ROWE, and BILBREY, JJ., CONCUR.